IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Daniel P. Good, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:15cv190 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Ohio Department of Rehabilitation and : | |
| Correction, | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on April 23, 2015 (Doc. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 11, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint (Doc. 4) is **DISMISSED** with prejudice pursuant to 28 U.S.C. §§1915(e)(2) and 1915A(b)(1).

Plaintiff's motion for a temporary restraining order or preliminary injunction (Doc. 1) is **DENIED.**

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith and therefore denies plaintiff leave to appeal *in forma pauperis. See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

                                                                       s/Susan J. Dlott
                                                                      Judge Susan J. Dlott
                                                                      United States District Court